# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Hon. William H. Walls |
| | : | |
| | : | **Criminal No. 98-337** |
| v. | : | |
| | : | Order |
| | : | |
| **RONALD KELLY,** | : | Vacating Warrant |
| | : | and |
| | : | Terminating Supervised Release |

This matter having come before the Court on the application of Ronald Kelly (K. Anthony Thomas, Assistant Federal Public Defender, appearing) for an order vacating a bench warrant and terminating supervised release under Criminal No. 98-337 (WHW), and the United States (Zahid Nisar Quraishi, Assistant U.S. Attorney, appearing) having no opposition to such request;

WHEREAS on April 16, 1999, Your Honor imposed a sentence of 84 months incarceration followed by 36 months of supervised release;

WHEREAS on April 12, 2005, a federal criminal complaint in the District of New Jersey was filed against Mr. Kelly bearing Magistrate No. 05-3035 (PS) and Criminal No. 06-226 (AET);

WHEREAS on May 3, 2005, the United States Probation Office (Nancy Hildner, United States Probation Officer) caused a Warrant of Arrest to be filed against Mr. Kelly for violation of supervised release;

WHEREAS on May 7, 2007, Mr. Kelly was sentenced to 92 months incarceration followed by 60 months of supervised release, under Criminal No. 06-226 (AET);

WHEREAS on January 19, 2012, Mr. Kelly was released from custody for the offense Criminal No. 06-226 (AET).

WHEREFORE, on this 14 day of February, 2012,

IT IS ORDERED that in the interest of justice, the May 3, 2005, Warrant of Arrest under THIS criminal matter, Criminal No. 98-337 (WHW), is VACATED;

IT IS FURTHER ORDERED that the term of supervised release under THIS criminal matter, Criminal No. 98-337 (WHW), is TERMINATED;

IT IS FURTHER ORDERED that this Order is limited to criminal matters under Criminal No. 98-337 (WHW), and **NOT** any matters under Criminal No. 06-226 (AET).

HONORABLE WILLIAM H. WALLS
United States District Judge